UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMIE L. CIANFLONE                                                                PLAINTIFF

V.                                NO. 1:16CV00149-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                   DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 4th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE